FILED

MAY 02 2023

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.

ETHAN D. DELAUDER,

        Defendant.

Criminal No.   2:23-CR-8

Violations:   18 U.S.C. § 922(g)(9)
              18 U.S.C. § 924(a)(2)
              26 U.S.C. § 5861(d)
              26 U.S.C. § 5871

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Unlawful Possession of a Firearm)

On or about September 24, 2020, in Barbour County, in the Northern District of West Virginia, defendant **ETHAN D. DELAUDER**, knowing he had previously been convicted of a misdemeanor crime of domestic violence, that is, on or about March 29, 2018, defendant **ETHAN D. DELAUDER** was convicted of Domestic Battery in the Magistrate Court of Barbour County, West Virginia, in case number 17-M01M-00264, did knowingly possess a firearm in and affecting interstate commerce, that is, a Savage Arms, Inc. pump-action shotgun, model 30 series E, 12 gauge, serial number B777519, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

## COUNT TWO

(Possession of Unregistered Firearm)

On or about September 24, 2020, in Barbour County, in the Northern District of West Virginia, defendant **ETHAN D. DELAUDER** did knowingly possess a Savage Arms, Inc. pump-action shotgun, model 30 series E, 12 gauge, serial number B777519, with an overall length of less than 26 inches or a barrel of less than 18 inches in length, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## FORFEITURE ALLEGATION
*Gun Control Act*
*National Firearms Act*

1. Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g), including a Savage Arms, Inc. pump-action shotgun, model 30 series E, 12 gauge, serial number B777519; and associated ammunition.

2. Pursuant to Title 26, United States Code, Section 5872, and Title 26, United States Code, Section 2461(c), the government will seek the forfeiture of property as part of the sentence imposed in this case, that is, the forfeiture of any firearm involved in any violation of Title 26, United States Code, Section 5861, including a Savage Arms, Inc. pump-action shotgun, model 30 series E, 12 gauge, serial number B777519; and associated ammunition.

A true bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM IHLENFELD
United States Attorney

Christopher L. Bauer
Assistant United States Attorney

Morgan S. McKee
Assistant United States Attorney