# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT ELKINS

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

**v.**            **CRIMINAL ACTION NO.: 2:23-CR-08**
               **(Judge Kleeh)**

**ETHAN D. DELAUDER**
      **Defendant.**

## NOTICE OF APPEAL

  **NOTICE IS HEREBY GIVEN** that the defendant in the above-captioned case, Ethan D. Delauder, through counsel, Hilary Godwin, Assistant Federal Public Defender, appeals to the United States Fourth Court of Appeals for the Fourth Circuit from the Judgment of the United States District Court entered on March 5, 2024.

  The defendant, being without fund and previously having been deemed indigent under the provisions of the Criminal Justice Act, respectfully requests appointment of counsel to prosecute this appeal.

  DATED this the 28th of March 2024.

              Respectfully submitted,

              **Ethan D. Delauder**
              By Counsel

By: */s/ Hilary L. Godwin*
Hilary L. Godwin (WV Bar # 12280)
Federal Public Defender Office
230 West Pike Street; Suite 360
Clarksburg, West Virginia 26301
Tel. (304) 622-3823
E-Mail. Hilary_Godwin@fd.org

## CERTIFICIATE OF SERVICE

I certify that on March 28, 2024, I electronically filed the forgoing with the Clerk

of the Court using CM/ECF system, which will send notification of such filing to the

following:

Office of the United States Attorney

By: s / Hilary L. Godwin
Hilary L. Godwin (WV Bar # 12280)
Federal Public Defender Office
230 West Pike Street; Suite 360
Clarksburg, West Virginia 26301
Tel. (304) 622-3823
E-Mail. Hilary_Godwin@fd.org